**Motion Granted; Order filed December 31, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00273-CV**

_____

**PEGGY KUBENA, Appellant**

**V.**

**LUZ MAR, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1127824**

## ORDER

Appellant's brief was originally due May 6, 2019. We have granted four motions to extend time to file appellant's brief. The last motion was granted to December 5, 2019. When we granted that motion, we noted that no further motions to extend time would be granted. On December 4, 2019, appellant, who is proceeding pro se, filed a further motion to extend time to file her brief. We grant the motion and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **30 days** from the date of this order. If appellant does not timely file her brief as

ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.